9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set: __9:00 a.m.__  
Started: 9:00 a.m.  
Ended: 10:30 a.m.  

Date: __May 25, 2017__  
Judge: __Arenda Wright Allen__  
Court Reporter: __Heidi Jeffreys__  
U.S. Attorney: __Randy Stoker__  
Defense Counsel: __Rodolfo Cejas__  
Courtroom Deputy: __Lorraine Howard__  
Probation Officer: __Cathleen Yetzer__  

Case No. __2:16cr80__  
Defendant: __Sheldon Franklin__                  (  ) in custody   (X) on bond

__X__  Came on for disposition.    __X__  Defendant sworn.    ____  Interpreter sworn

__X__  Court finds defendant GUILTY as to Count __1__ after a plea before a USMJ.

__X__  Presentence Report reviewed.    __X__  Ruling made on objections.

__X__  Court adopts PSR for the purpose of establishing the advisory guidelines.

____  Court GRANTS Government request for 2-pt reduction in offense level based upon Attorney General's Policy.

____  Evidence presented. (Witnesses and exhibits listed on last page)

__X__  Arguments of counsel heard.    __X__  Statement of defendant heard.

# IMPRISONMENT:

SENTENCE: Count __1__: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of __24__ months.

__X__  The defendant is remanded to the custody of the U.S. Marshal.

__X__  The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before __2:00 P.M.__ on __June 30, 2017__, as notified by the U.S. Marshal.

____  If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

__X__  If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by __2:00 P.M.__ on __June 30, 2017__, to begin service of the sentence.

# PROBATION:

____  The defendant shall be placed on probation for a term of ____ years.

## SUPERVISED RELEASE:

  __X__   Upon release from imprisonment, the defendant shall be on supervised release for a term of __5__ years.

___ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

  __X__   The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

_____ It shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

  __X__   The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

  __X__   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

  __X__   The defendant shall provide the probation officer access to any requested financial information.

  __X__   The defendant shall refrain from obtaining employment where he would have access to money and/or another individuals' personal identifiers.

  __X__   If the defendant tests positive for illicit drug use, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

  __X__   The defendant shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

  __X__   The defendant shall earn a college degree or learn a vocational skill during his period of supervision if not employed full-time.

  __X__   The defendant shall pay support for his child in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on the defendant's financial circumstances.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

__X__ As to count __1__, the defendant shall pay a special assessment in the amount of __$100.00__.

____ As to count ____, the defendant shall pay a special assessment in the amount of _____.

____ As to count ____, the defendant shall pay a special assessment in the amount of _____.

____ As to count ____, the defendant shall pay a special assessment in the amount of _____.

The total special assessment due is __$100.00__ and shall be due in full immediately.

## FINE:

____ Court finds defendant is unable to pay fine.

____ The defendant shall pay a fine in the amount of $_____.

## RESTITUTION:

__X__ The defendant shall make restitution in the amount of $ __167,528.20__.

__X__ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The special assessment and restitution are due and payable immediately. Any balance remaining unpaid on the special assessment and restitution at the inception of supervision, shall be paid by the defendant in installments of not less than $ __300.00__ per month, until paid in full. Said payments shall commence __60__ days after defendant's supervision begins.

____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

____ Each restitution payment shall be divided proportionately among the payees named.

____ Restitution shall be made jointly and severally with _____

__X__ Any special assessment or restitution payments may be subject to penalties for default and delinquency.

__X__ Nothing in the Court's order shall prohibit the collection of any judgment the United States.

__X__ As this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.   All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

__X__ The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the restitution and special assessments imposed by this judgment are fully paid.

____ The defendant notified of right of appeal.

__X__ Court noted that defendant waived right of appeal in plea agreement.

__X__ On motion of government, remaining counts dismissed.

__X__ The defendant is continued on present bond and cautioned re bail jumping.

__X__ Court recommends incarceration at
  __X__ a facility as close to Georgia as possible.
  __X__ a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.
  __X__ a facility with educational and vocational opportunities.

____ Consent Order of Forfeiture, executed and filed in open court.

## Additional Counts/Comments: