IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:16CR080 |
| ) | |
| SHELDON FRANKLIN, ) | |
| ) | |
| *Defendant.* ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$167,528.20**

2. The Clerk of Court shall forward all restitution payments to:

   Langley Federal Credit Union         $90,838.74
   721 Lakefront Commons
   Newport News, VA 23606

   Navy Federal Credit Union            $67,764.46
   820 Follin Lane SE
   Vienna, VA 22180

   NSWC Federal Credit Union            $8,925.00
   17442 Dahlgren Road
   Dahlgren, VA 22448

3. Interest:

    is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

4. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 300 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

8. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

Arenda L. Wright Allen
__United States District Judge__
Honorable Arenda L. Wright Allen
United States District Judge

ENTERED this 25th day of May, 2017.

at Norfolk, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

Randy C. Stoker
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone - 757-441-6331
E-Mail - randy.stoker@usdoj.gov

SEEN AND AGREED:

Sheldon Franklin
Defendant

Rodolfo Cejas
Counsel for Defendant
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone - 757-457-0885
E-Mail – rodolfo_cejas@fd.org

2