# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

100825 38
USPS

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:16cr80 |
| SHELDON FRANKLIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHELDON FRANKLIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:1344 and 2 - Bank Fraud / Criminal Forfeiture - T.18:981(a)(1)(C) and 982(a)(2)(A); T.21:853(p); and T.28:2461(c) (Count 1, et al)

Date: 05/19/2016

/s/ [signature]
*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/19/2016, and the person was arrested on *(date)* 11/16/2016
at *(city and state)* N/GA.

Date: 12/26/2019

※ admin return in E/VA, DUSM C. Lewis
*Arresting officer's signature*
*Printed name and title*